# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| Kellie Pennington, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  5:20-cv-01006-HNJ |
| | ) | |
| United We Collect, a Florida corporation, | ) ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to settlement and F.R.C.P. Rule 41, having reached a settlement of her claims against Defendant, hereby stipulates to the dismissal of her claims with prejudice.

Dated:  August 31, 2020

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps    (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 31, 2020, a copy of the foregoing **Notice of Voluntary Dismissal with Prejudice** was filed electronically.  Notice of this filing will be sent to the following party by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Ronald C. Sykstus           rsykstus@bondnbotes.com
Bond, Botes, Sykstus, Tanner
 & Ezzell, P.C.
225 Pratt Avenue NE
Huntsville, Alabama 35801

Notice of this filing will also be sent to the following parties via first class U.S. Mail, postage pre-paid, by 5:00 p.m. on August 31, 2020.

Thomas Hynes
United We Collect
106 Commerce Street
Suite 101
Lake Mary, Florida 32746


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com