UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| KELLIE PENNINGTON,<br><br>Plaintiff<br><br>vs.<br><br>UNITED WE COLLECT,<br>a Florida Corporation,<br><br>Defendant | Case No.  5:20-cv-01006-HNJ |

## **O R D E R**

Based upon Plaintiff's Notice of Voluntary Dismissal (Doc. 10), the court **DISMISSES** this case with prejudice.

**DONE** and **ORDERED** this 1st day of September, 2020.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE